VIRGINIA McCANN, an Infant, by MARGARET McCANN, Her Guardian ad Litem, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued January 13, 1947; decided February 28, 1947.

*Julius S. Christensen* and *Leon Shalov* for appellant.

*John J. Bennett, Corporation Counsel* (*Seymour B. Quel* and *Fred Iscol* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.